FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 15 2020 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LORNA BOYD,

                        Plaintiff,

      -against-

WELLS FARGO BANK, N.A. WOLF VENTURES,
INC., and FRENKEL, LAMBERT, WEISS,
WEISMAN, & GORDON LLP,

                       Defendants.
-----------------------------------------------------------------X

**ORDER**
**19 CV 4323 (MKB)(LB)**

**BLOOM, United States Magistrate Judge:**

    *Pro se* plaintiff commenced this action against defendants on July 26, 2019, ECF No. 1, and the summonses were issued the same day, ECF No. 3–4. The Federal Rules of Civil Procedure provide that:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). On August 19, 2019, the Court ordered plaintiff to serve defendants with the summons and complaint by November 18, 2019. ECF No. 8. Plaintiff filed two returns of service on defendant Wolf Ventures, ECF No. 11; however, neither attempt at service was proper, ECF No. 24. In light of plaintiff's *pro se* status, the Court extended the time for plaintiff to serve Wolf Ventures until December 5, 2019. Id. As of the date of this Report, the Court's record does not reflect that plaintiff has properly served Wolf Ventures. Because plaintiff has failed to show good cause why service was not timely effected on Wolf Ventures, it is respectfully recommended that plaintiff's action should be dismissed without prejudice against defendant Wolf Ventures pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Such objections (and any responses to objections) shall be filed with the Clerk of the Court. Any request for an extension of time to file objections must be made within the fourteen-day period. Failure to file a timely objection to this Report generally waives any further judicial review. Marcella v. Capital Dist. Physicians' Health Plan, Inc., 293 F.3d 42, 46 (2d Cir. 2002); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); see Thomas v. Arn, 474 U.S. 140 (1985).

SO ORDERED.

/S/ Judge Lois Bloom
LOIS BLOOM
United States Magistrate Judge

Dated: January 15, 2020
      Brooklyn, New York

1